UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Michelle Pires, | Plff. ) | Civil Action No.: 1:14-cv-10075-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| Lustig, Glaser & Wilson | ) | |
| and Does 1-10, inclusive, | Defts. ) | |

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows: that, pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii), the above-captioned civil action is hereby dismissed against all defendants (Lustig, Glaser & Wilson, P.C. and Does 1-10, inclusive), said dismissal to operate with prejudice and to be without award of costs to any party. The parties waive all their rights of appeal.

Michelle Pires

By her attorney:

/s/ Sergei Lemberg
Sergei Lemberg, Esq.
BBO No.: 650671
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250

/Richard Stearns/
So Ordered

Lustig, Glaser & Wilson, P.C.

By its Attorney:

_____ 3/11/14
Brian F. Hogencamp, Esq.
BBO No.: 674518
Lustig, Glaser & Wilson, P.C.
245 Winter Street, Suite 300
Waltham, MA 02451
(781) 449-3000